Eva Steinberg and Max Steinberg, Respondents, v. 795 East One Hundred and Sixty-Eighth Street Realty Corporation, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Alfonso Perquidi, Respondent, v. Marex Realty Corporation and Others, Defendants, Impleaded with Kilar Construction Company, Inc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Mary B. McEleney, as Administratrix, etc., of John B. McEleney, Deceased, Appellant, v. McKesson-Gibson-Snow Co., Inc., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Larry J. Margulies, Respondent, v. Milton C. Weisman, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Richard J. Connolly and Murray Berger, Assignees, etc., Respondents, v. Indemnity Insurance Company of North America, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

Seventy-Fourth Street Manhattan Corporation, Appellant, v. Lloyds Casualty Company, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Michele Ginto, Appellant, v. Munson Steamship Line, Respondent. Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of Joseph Lateiner, Respondent, for a Summary Order Directing M. Emanuel Balt, an Attorney, Appellant, to Turn over Moneys in His Possession.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.